UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RICHARD MARTIN LEWISTON

  Debtor

Case No. 12-58599-pjs
Chapter 7
Hon. Phillip J. Shefferly

_____/

APARTMENTS AT CAMBRIDGE COMPANY, L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO DECLARATION OF TRUST, ILA I, L.L.C., ILA II, L.L.C., APTCAM, L.L.C. and CAMAPT, L.L.C.,

  Plaintiffs,

vs.

Adv. Proc. No. 12-06003

RICHARD MARTIN LEWISTON,

  Defendant,

and

GENE R. KOHUT, Chapter 7 Trustee for the
Bankruptcy Estate of Richard Martin Lewiston

  Nominal Defendant.

_____/

### CHAPTER 7 TRUSTEE'S MOTION TO DISMISS PLAINTIFFS APTCAM, L.L.C. AND CAMAPT, L.L.C. FOR LACK OF STANDING

Gene R. Kohut, Chapter 7 trustee ("Trustee") of the Debtor's bankruptcy estate, through counsel, Wolfson Bolton PLLC, for his Motion to Dismiss Plaintiffs APTCAM, L.L.C. and CAMAPT, L.L.C. for Lack of Standing ("Motion") states:

### RELIEF REQUESTED

1. By this Motion, the Trustee seeks an order dismissing Plaintiffs APTCAM, L.L.C. and CAMAPT, L.L.C. for the reasons set forth in the accompanying Brief attached as Exhibit 3.

2. The Trustee sought concurrence of Plaintiffs' counsel in the relief requested in this Motion on July 2, 2013, which request was denied.

3. The Trustee sought concurrence of Debtor/Defendant's counsel in the relief requested in this Motion on July 3, 2013, which concurrence was not obtained.

WHEREFORE, the Trustee respectfully requests that this Court enter an order granting the Motion in the form attached as Exhibit 1 and grant the Trustee additional relief as the Court deems just and equitable.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: July 3, 2013

By: /s/ Scott A. Wolfson
Scott A. Wolfson (P53194)
Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7103
E-mail: swolfson@wolfsonbolton.com

## **EXHIBIT INDEX**

| Exhibit 1 | Proposed Order |
|---|---|
| Exhibit 2 | Notice and Opportunity |
| Exhibit 3 | Brief |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | n/a |
| Exhibit 6 | *Kepley v. Lanz*, No. 12-5078, 2013 U.S. App. LEXIS 9384 (6th Cir. May 9, 2013) |