Form nothrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Richard Martin Lewiston
Debtor

Case No.: 12–58599–pjs
Chapter 7
Judge: Phillip J Shefferly

Apartments at Cambridge Company, L.L.C. et al.
Plaintiff

Adv. Proc. No. 12–06003–pjs

v.

Richard Martin Lewiston
Defendant

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226** on **7/19/13** at **10:00 AM** to consider and act upon the following:

*69* – Objection to Subpoena Filed by Defendant Richard Martin Lewiston (RE: related document(s)53 Subpoena Executed). (Foley, Patrick)

Dated: 7/9/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: Cheryl London
Deputy Clerk