UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Richard Martin Lewiston, | Case No. 12-58599 |
|     Debtor. | Hon. Phillip J. Shefferly |
| Apartments at Cambridge Company, L.L.C., Mickey Shapiro Trust, Asa Shapiro Declaration of Trust, ILA I, L.L.C., ILA II, L.L.C., APTCAM, L.L.C., and CAMAPT, L.L.C., | Adversary Proceeding No. 12-06003-PJS |
|     Plaintiffs, | |
| v. | |
| Richard Martin Lewiston, | |
|     Defendant. | |

### ORDER SCHEDULING STATUS CONFERENCE

On June 20, 2013, the Defendant filed a combined objection, motion to quash, and motion for protective order ("Motion") (ECF No. 69). On July 1, 2013, the Plaintiffs filed a response (ECF No. 71). On July 19, 2013, the Court held a hearing on the Motion. The Court made partial rulings on the Motion, and instructed the parties to prepare an order memorializing those rulings. However, the Court did not rule on the relevancy issues raised by the Motion. Instead, the Court instructed the parties to meet and confer to resolve or at least narrow the relevancy issues, and then set a status conference to discuss the relevancy issues after the parties meet and confer. Accordingly, for the reasons set for on the record,

**IT IS HEREBY ORDERED** that a status conference with respect to the Motion will be held on **August 7, 2013 at 2:00 p.m.**, before the Honorable Phillip J. Shefferly, in Courtroom 1975, 211 West Fort Street, Detroit, Michigan 48226.

**IT IS FURTHER ORDERED** that between the date of this order and the status conference, counsel for the Plaintiffs, counsel for the Trustee, and counsel for the Defendant shall meet and confer in an effort to resolve as many as possible of the relevancy issues raised by the Motion so that discovery may proceed in an orderly and economical way in this adversary proceeding, as well as in the other adversary proceedings related to it. Toward that end, the Court requires that the parties also confer with counsel for Tama, Budaj & Raab, the accounting firm to whom the subpoena was issued.

```
Signed on July 19, 2013
                                         /s/ Phillip J. Shefferly
                                        Phillip J. Shefferly
                                        United States Bankruptcy Judge
```