# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:

RICHARD M. LEWISTON,

        Debtor.

_____/

Bankruptcy Case No. 12-58599
Hon. Philip J. Shefferly
Chapter 7

APARTMENTS AT CAMBRIDGE COMPANY, L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO DECLARATION OF TRUST, ILA I, L.L.C., ILA II, L.L.C., APTCAM L.L.C., and CAMAPT, L.L.C.

        Plaintiffs,

vs.

Adv. Pro. No. 12-06003

RICHARD M. LEWISTON,

        Defendant.

_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                              )SS
COUNTY OF OAKLAND    )

    I hereby certify that on July 22, 2013, my legal assistant, Daniela Antovski, electronically filed Plaintiffs' Brief in Opposition to Chapter 7 Trustee's Motion to Dismiss Plaintiffs APTCAM, L.L.C. and CAMAPT, L.L.C. for Lack of Standing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Charles D. Bullock on behalf of Defendant Richard Lewiston
    cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

    Elliot G. Crowder on behalf of Defendant Richard Lewiston
    ecrowder@sbplclaw.com, lhaas@sbplclaw.com

    Patrick Anthony Foley on behalf of Defendant Richard Lewiston
    pfoley@sbplclaw.com

Wallace M. Handler on behalf of Plaintiff APTCAM, L.L.C.
whandler@swappc.com

Anthony J. Kochis on behalf of Chapter 7 Bankruptcy Trustee, Gene R. Kohut
akochis@wolfsonBolton.com

      /s/ Daniel E. Harold
      DANIEL E. HAROLD (P61841)
      MORGANROTH & MORGANROTH, PLLC
      Counsel for Plaintiff
      344 North Old Woodward Avenue, Suite 200
      Birmingham, Michigan 48009
      (248) 864-4000
      dharold@morganrothlaw.com