Form nothrgAP

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Richard Martin Lewiston
Debtor

Case No.: 12–58599–pjs
Chapter 7
Judge: Phillip J Shefferly

Apartments at Cambridge Company, L.L.C. et al.
Plaintiff

Adv. Proc. No. 12–06003–pjs

v.

Richard Martin Lewiston
Defendant

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226** on **9/9/13** at **02:30 PM** to consider and act upon the following:

*78* – Motion to Consolidate with Filed by Plaintiffs APTCAM, L.L.C., Apartments at Cambridge Company, L.L.C., Asa Shapiro Declaration of Trust, CAMAPT, L.L.C., ILA I, L.L.C., ILA II, L.L.C. (Attachments: # 1 Exhibit) (Harold, Daniel)

Dated: 8/23/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: Cheryl London
Deputy Clerk