UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                              Chapter 7

Richard Martin Lewiston,                                            Case No. 12-58599

    Debtor.                                         Hon. Phillip J. Shefferly
_____/

Apartments at Cambridge Company, LLC,                               Adversary Proceeding
Mickey Shapiro Trust,                                               No. 12-06003-PJS
Asa Shapiro Declaration of Trust,
ILA I, L.L.C., ILA II, L.L.C.,
APTCAM, L.L.C.,
CAMAPT, L.L.C.,

    Plaintiffs,

v.

Richard Martin Lewiston,

    Defendant.
_____/

## ORDER ADJOURNING HEARINGS

Three motions ("Motions") are set for hearing in this adversary proceeding on September 9, 2013:

    1.    Chapter 7 Trustee's Motion to Dismiss Plaintiffs APTCAM, L.L.C. and CAMAPT, L.L.C. for Lack of Standing (ECF No. 73);

    2.    Joint Motion of Plaintiffs and Chapter 7 Trustee to Consolidate Adversary and Related Proceedings for Purposes of Discovery and Trial (ECF No. 78); and

3. Defendant's Motion for Summary Judgment (ECF No. 83).

Because of conflicts in the Court's schedule, it is necessary to adjourn these hearings. Accordingly,

**IT IS HEREBY ORDERED** that the hearings on the Motions are adjourned until **September 26, 2013 at 10:00 a.m.**, before the Honorable Phillip J. Shefferly, in Courtroom 1975, 211 West Fort Street, Detroit, Michigan 48226.

.

```
Signed on September 03, 2013
                                             /s/ Phillip J. Shefferly
                                        Phillip J. Shefferly
                                        United States Bankruptcy Judge
```