**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In the Matter of:**

RICHARD M. LEWISTON,

    Debtor.
_____/

Bankruptcy Case No. 12-58599
Hon. Philip J. Shefferly
Chapter 7

APARTMENTS AT CAMBRIDGE COMPANY, L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO DECLARATION OF TRUST, ILA I, L.L.C., ILA II, L.L.C., APTCAM L.L.C., and CAMAPT, L.L.C.

    Plaintiffs,

vs.

RICHARD M. LEWISTON,

    Defendant.

and

GENE R. KOHUT, Chapter 7 Trustee for the Bankruptcy Estate of Richard Martin Lewiston,

    Nominal Defendant.
_____/

Adv. Pro. No. 12-06003
Hon. Philip J. Shefferly

### ORDER EXTENDING DISCOVERY AND OTHER DATES & DEADLINES

THIS MATTER having come before the Court on the filing of a stipulation by and between the above captioned plaintiffs ("Plaintiffs"), and defendant Richard M. Lewiston and nominal defendant Gene R. Kohut, Trustee (collectively "Defendants"); and the Court being otherwise duly advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that the trial in this matter, and all pretrial dates and deadlines, excluding hearings scheduled before the Court's, and including, without limitation,

the deadlines for discovery, expert reports, and dispositive motions, are adjourned indefinitely, pending the entry of a new scheduling order by the Court.

IT IS FURTHER ORDERED that the parties shall submit revised 26(f) report(s), pending the outcome of the hearing on the motion(s) to consolidate. The timing for the filing of said report(s) will be addressed in the order(s) on the motion(s) to consolidate.

.

**Signed on September 04, 2013**

           **/s/ Phillip J. Shefferly**
           **Phillip J. Shefferly**
           **United States Bankruptcy Judge**