UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RICHARD MARTIN LEWISTON

  Debtor

Case No. 12-58599-pjs
Chapter 7
Hon. Phillip J. Shefferly

_____/

APARTMENTS AT CAMBRIDGE COMPANY,
L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO
DECLARATION OF TRUST, ILA I, L.L.C., ILA II,
L.L.C., APTCAM, L.L.C. and CAMAPT, L.L.C.,

  Plaintiffs,

vs.

Adv. Proc. No. 12-06003

RICHARD MARTIN LEWISTON,

  Defendant,

and

GENE R. KOHUT, Chapter 7 Trustee for the
Bankruptcy Estate of Richard Martin Lewiston,

  Nominal Defendant.

_____/

## REQUEST TO WITHDRAW PLEADING

Nominal Defendant Gene R. Kohut hereby withdraws (1) Plaintiff Gene R. Kohut, Chapter 7 Trustee's Reply Brief in Support of Joint Motion to Consolidate Adversary and Related Proceedings for Purposes of Discovery and Trial [Docket No. 103]; and (2) Certificate of Service [Docket No. 104] because they were inadvertently filed with the incorrect ECF Login. The papers will be resubmitted.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: September 23, 2013
By  /s/ Anthony J. Kochis
    Scott A. Wolfson (P53194)
    Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
E-mail: akochis@wolfsonbolton.com

{00018417.DOC 2 }   2
12-06003-pjs    Doc 105    Filed 09/23/13    Entered 09/23/13 17:04:29    Page 2 of 2