# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Richard Martin Lewiston
Debtor

Case No.: 12–58599–pjs
Chapter 7
Judge: Phillip J Shefferly

Apartments at Cambridge Company, L.L.C. et al.
Plaintiff

Adv. Proc. No. 12–06003–pjs

v.

Richard Martin Lewiston
Defendant

---

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on Motions at 9:30 AM to consider and act upon the following:

*73* – Motion to Dismiss Party APTCAM, L.L.C. and CAMAPT, L.L.C. – Motion to Dismiss Plaintiffs APTCAM, L.L.C. and CAMAPT, L.L.C. for Lack of Standing Filed by Trustee Gene R. Kohut (Attachments: # 1 Exhibit 1 – Proposed Order # 2 Exhibit 2 – Notice and Opportunity # 3 Exhibit 3 – Brief # 4 Exhibit 4 – Certificate of Service # 5 Exhibit 6 – Kepley v. Lanz, No. 12–5078, 2013 U.S. App. LEXIS 9384 (6th Cir. May 9, 2013)) (Wolfson, Scott)

*83* – Motion For Summary Judgment including Proposed Order, Notice, Brief in Support, and Certificate of Service Filed by Defendant Richard Martin Lewiston (Foley, Patrick)

is hereby adjourned to **Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226** on **10/16/13** at **09:30 AM**.

Dated: 9/25/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: Cheryl London
Deputy Clerk