UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RICHARD MARTIN LEWISTON

    Debtor

Case No. 12-58599-pjs
Chapter 7
Hon. Phillip J. Shefferly

_____/

APARTMENTS AT CAMBRIDGE COMPANY,
L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO
DECLARATION OF TRUST, ILA I, L.L.C., ILA II,
L.L.C., APTCAM, L.L.C. and CAMAPT, L.L.C.,

    Plaintiffs,

vs.

Adv. Proc. No. 12-06003

RICHARD MARTIN LEWISTON,

    Defendant,

and

GENE R. KOHUT, Chapter 7 Trustee for the
Bankruptcy Estate of Richard Martin Lewiston,

    Nominal Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE ADVERSARY AND
RELATED PROCEEDINGS FOR PURPOSES OF DISCOVERY AND TRIAL**

This matter having come before the Court upon the stipulation of the parties; the Chapter 7 Trustee and Plaintiffs having filed a Joint Motion to Consolidate Adversary and Related Proceedings for Purposes of Discovery and Trial ("Motion") [Docket No. 78];Debtor/Defendant Richard M. Lewiston having filed an objection to the Motion ("Objection") [Docket No. 92]; the parties having resolved the Objection; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1.    The Motion is granted.

{00018506.DOC }    1

12-06003-pjs    Doc 111    Filed 09/26/13    Entered 09/26/13 10:52:03    Page 1 of 4

2. Adversary Proceeding Nos. 12-06003, 12-06004, 12-06006, 12-06010, 13-04450, and 13-05021 (collectively, "Consolidated Cases") are consolidated for purposes of pretrial proceedings, discovery, and trial.

3. All pleadings filed with the Court regarding any of the Consolidated Cases must be filed ONLY in Adversary Proceeding No. 12-06010 and will bear the caption:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| In the Matter of:<br>RICHARD M. LEWISTON<br>                Debtor, | Bankruptcy Case No. 12-58599<br>Hon. Philip J. Shefferly<br>Chapter 7 |
|---|---|
| APARTMENTS AT CAMBRIDGE COMPANY, L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO DECLARATION OF TRUST, ILA I, L.L.C., ILA II, L.L.C., APTCAM L.L.C., and CAMAPT, L.L.C.<br>                Plaintiffs,<br>vs.<br>RICHARD M. LEWISTON,<br>                Defendant,<br>and<br>GENE R. KOHUT, Chapter 7 Trustee<br>                Nominal Defendant. | Adv. Pro. No. 12-06003<br>Hon. Philip J. Shefferly |
| RICHARDS-PITT, L.L.C., GREGORY RICHARDS<br>CS TRUST and GREGORY RICHARDS MARITAL TRUST<br>                Plaintiffs,<br>vs.<br>RICHARD M. LEWISTON,<br>                Defendant,<br>and<br>GENE R. KOHUT, Chapter 7 Trustee<br>                Nominal Defendant. | Adv. Pro. No. 12-06004<br>Hon. Philip J. Shefferly |
| DANIEL SMITH, RICHARD SMITH and JOANNE PURTHER<br>                Plaintiffs,<br>vs.<br>RICHARD M. LEWISTON,<br>                Defendant,<br>and<br>GENE R. KOHUT, Chapter 7 Trustee | Adv. Pro. No. 12-06006<br>Hon. Philip J. Shefferly |

| | |
|---|---|
| Nominal Defendant. | |
| APARTMENTS AT CAMBRIDGE COMPANY, L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO DECLARATION OF TRUST, ILA I, L.L.C., ILA II, L.L.C., APTCAM, L.L.C., CAMAPT, L.L.C., RICHARDS-PITT, L.L.C., GREGORY RICHARDS CS TRUST, GREGORY RICHARDS MARITAL TRUST, DANIEL SMITH, RICHARD SMITH, JOANNE PURTHER, KEVIN SPIZIZEN, NEIL SPIZIZEN, KEVIN SPIZIZEN DECLARATION OF TRUST, NEIL SPIZIZEN REVOCABLE LIVING TRUST AND NICK BALBERMAN, <br>       Plaintiffs, <br>vs. <br>RICHARD M. LEWISTON, <br>       Defendant, <br>and <br>GENE R. KOHUT, Chapter 7 Trustee <br>     Nominal Defendant. | Adversary Pro. No. 12-06010 <br>Hon. Philip J. Shefferly |
| GENE R. KOHUT, Chapter 7 Trustee <br>     Plaintiff, <br>v. <br>DANIEL SMITH, RICHARD SMITH and JOANNE PURTHER <br>     Defendants. | Adversary Pro. No. 13-04450 <br>Hon. Philip J. Shefferly |
| GENE R. KOHUT, Chapter 7 Trustee <br>     Plaintiff, <br>v. <br>APARTMENTS AT CAMBRIDGE COMPANY, L.L.C. <br>     Defendant. | Case No. 13-cv-11790-GER-LJM, <br>U.S. District Court - E.D. Michigan <br>Hon. Gerald E. Rosen <br>Magistrate Laurie J. Michelson <br><br>*Referred to* Hon. Philip J. Shefferly, Adv. Proc. No. 13-05021 |

   4. Counsel for the parties will, within 14 days from the date of this Order, engage in a Fed. R. Bankr. P. 7026(f) conference regarding the Consolidated Cases and submit a report of such conference to the Court and thereafter appear for a scheduling conference at a time to be scheduled by the Court.

.

**Signed on September 26, 2013**

                **/s/ Phillip J. Shefferly**
                **Phillip J. Shefferly**
                **United States Bankruptcy Judge**