UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Richard Martin Lewiston, | Case No. 12-58599 |
|     Debtor.<br>_____/ | Hon. Phillip J. Shefferly |
| Apartments at Cambridge Company, L.L.C., Mickey Shapiro Trust, Asa Shapiro Declaration of Trust, ILA I, L.L.C., ILA II, L.L.C., APTCAM, L.L.C., and CAMAPT, L.L.C.,<br>    Plaintiffs,<br>v.<br>Richard Martin Lewiston,<br>    Defendant, and<br>Gene R. Kohut, Chapter 7 Trustee,<br>    Nominal Defendant.<br>_____/ | Adversary Proceeding<br>No. 12-06003-PJS |
| Richards-Pitt, L.L.C., Gregory Richards CS Trust, and Gregory Richards Marital Trust,<br>    Plaintiffs,<br>v.<br>Richard Martin Lewiston,<br>    Defendant, and<br>Gene R. Kohut, Chapter 7 Trustee,<br>    Nominal Defendant.<br>_____/ | Adversary Proceeding<br>No. 12-06004-PJS |
| Daniel Smith, Richard Smith, and Joanne Purther,<br>    Plaintiffs,<br>v.<br>Richard Martin Lewiston,<br>    Defendant, and<br>Gene R. Kohut,<br>    Nominal Defendant.<br>_____/ | Adversary Proceeding<br>No. 12-06006-PJS |

| | |
|---|---|
| Apartments at Cambridge Company, L.L.C., Mickey Shapiro Trust, Asa Shapiro Declaration of Trust, ILA I, L.L.C., ILA II, L.L.C., APTCAM, L.L.C., CAMAPT, L.L.C., Richards-Pitt, L.L.C., Gregory Richards CS Trust, Gregory Richards Marital Trust, Daniel J. Smith, Richard B. Smith, Joanne Smith Purther, Kevin Spizizen, Neil Spizizen, Kevin Spizizen Declaration of Trust, Neil Spizizen Revocable Living Trust, and Nick Balberman,<br>    Plaintiffs,<br>v.<br>Richard Martin Lewiston,<br>    Defendant, and<br>Gene R. Kohut, Chapter 7 Trustee,<br>    Nominal Defendant.<br>_____ / | Adversary Proceeding<br>No. 12-06010-PJS |
| Gene R. Kohut, Chapter 7 Trustee,<br>    Plaintiff,<br>v.<br>Daniel Smith, Richard Smith, and<br>Joanne Purther,<br>    Defendants.<br>_____ / | Adversary Proceeding<br>No. 13-04450-PJS |
| Gene R. Kohut, Chapter 7 Trustee,<br>    Plaintiff,<br>v.<br>Apartments at Cambridge Company, L.L.C.,<br>    Defendant.<br>_____ / | Adversary Proceeding<br>No. 13-05021-PJS |

### ORDER AMENDING CAPTION OF
### SIX CONSOLIDATED ADVERSARY PROCEEDINGS

On September 26, 2013, the Court entered an order granting a joint motion to consolidate the following six adversary proceedings ("Consolidated Adversary Proceedings") for purposes of discovery and trial: nos. 12-6003; 12-6004; 12-6006; 12-6010; 13-4450; and 13-5021. A copy of the order was docketed separately in each of the Consolidated Adversary Proceedings. The order directed the parties to file all further pleadings in any of the Consolidated Adversary Proceedings

solely in the lead adversary proceeding, no. 12-6010 ("Lead Adversary Proceeding"), and provided a caption for the parties to use for all pleadings. By this order, the Court intends to shorten the caption for further pleadings in the Consolidated Adversary Proceedings, and to make it clear that no pleadings should be filed in any of the Consolidated Adversary Proceedings other than the Lead Adversary Proceeding. Accordingly,

**IT IS HEREBY ORDERED** that all pleadings in any of the Consolidated Adversary Proceedings shall be filed solely in the Lead Adversary Proceeding no. 12-6010.

**IT IS FURTHER ORDERED** that the caption to be used in all further pleadings to be filed in any of the Consolidated Adversary Proceedings is amended and shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re:<br>Richard M. Lewiston,<br>    Debtor.<br>_____/ | Chapter 7<br>Case No. 12-58599<br>Hon. Phillip J. Shefferly |
| Apartments at Cambridge Company,<br>L.L.C., et al.,[1]<br>    Plaintiffs,<br>v.<br>Richard Martin Lewiston,<br>    Defendant, and<br>Gene R. Kohut, Chapter 7 Trustee,<br>    Nominal Defendant.<br>_____/ | Lead Adversary Proceeding<br>No. 12-6010-PJS |

**IT IS FURTHER ORDERED** that at the beginning of every pleading hereafter filed in any of the Consolidated Adversary Proceedings, the party filing such pleading must set forth in bold the

---

[1] The following six adversary proceedings ("Consolidated Adversary Proceedings") were consolidated by the Court's September 26, 2013 Order Granting Joint Motion to Consolidate Adversary Proceeding and Related Proceedings for Purposes of Discovery and Trial: adversary proceeding nos. 12-6003; 12-6004; 12-6006; 12-6010; 13-4450; and 13-5021.

-3-

following introductory language after the title of the pleading and before any of the text in the pleading:

> **This [identify name of pleading-e.g., motion, brief, certificate of service, etc.] is filed by [identify party by name and state whether party is plaintiff, defendant or nominal defendant] and pertains to the claims or defenses in adversary proceeding no. _____ .**

**IT IS FURTHER ORDERED** that a copy of this order shall be docketed in each of the Consolidated Adversary Proceedings and, absent further order of the Court, no further pleadings shall be docketed in any of the Consolidated Adversary Proceedings other than the Lead Adversary Proceeding no. 12-6010.

.

**Signed on October 24, 2013**

        **/s/ Phillip J. Shefferly**
        **Phillip J. Shefferly**
        **United States Bankruptcy Judge**